# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE ROCKY DE LA FUENTA<br><br>PLAINTIFF(S)<br><br>v.<br><br>ALEX PADILLA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:16–cv–03242–MWF–GJS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/11/2016 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

1). The summons is blank; 2) The summons should have been filed as a separate document, and not as an attachment to the complaint.

Clerk, U.S. District Court

Dated: May 12, 2016     By: /s/ *Jeannine Tillman*
                             Deputy Clerk