SCUDI & AYERS
Morgan J.C. Scudi SBN 147942
Matthew J. Landa SBN 297513
5440 Morehouse Drive, Suite 4400
San Diego, CA 92121
(858) 558-1001
858-558-1122 (fax)
Attorneys for ROQUE "ROCKY" DE LA FUENTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION LOS ANGELES

| Roque "Rocky" De La Fuente; | CASE NO. 2:16-CV-03242-MWF-GJS |
|---|---|
| Plaintiff, | |
| v. | **APPLICATION FOR MANDATORY TEMPORARY RESTRAINING ORDER** |
| Alex Padilla, California Secretary of State; | |
| Defendant. | |

Plaintiff ROQUE "ROCKY" DE LA FUENTE, by and through its attorneys of record, hereby applies for an Order that Defendants Alex Padilla, California Secretary of State, be enjoined from enforcing §§8400 and 8403 of the California election statutes against Plaintiff, and from printing the California state ballot be to used in the general election on November 8, 2016 without Plaintiff's name on it as a candidate for President of the United States.

Dated: 8/9/16

By: _____
SCUDI & AYERS, LLP

1