UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROQUE ROCKY DE LA FUENTE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ALEX PADILLA, California Secretary of State and STATE OF CALIFORNIA,<br><br>        Defendants - Appellees. | No. 16-56261<br><br>D.C. No. 2:16-cv-03242-MWF-GJS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered March 30, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Jessica F. Flores Poblano
                Deputy Clerk
                Ninth Circuit Rule 27-7