XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
AMIE L. MEDLEY
Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6505
 Fax:  (213) 897-5775
 E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendant Alex Padilla, California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (FIRST STREET COURTHOUSE)

| | |
|---|---|
| **ROCQUE "ROCKY" DE LA FUENTE,,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA AND ALEX PADILLA, CALIFORNIA SECRETARY OF STATE, ,**<br><br>Defendant. | 2:16-cv-03242-MWF-GJS<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**<br><br>Date: June 5, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5A<br>Judge: The Honorable Michael W. Fitzgerald<br>Trial Date: August 15, 2017<br>Action Filed: May 11, 2016 |

TO PLAINTIFF ROQUE ("ROCKY") DE LA FUENTE AND HIS ATTORNEYS OF RECORD:

Please take NOTICE that, at 10:00 a.m., or as soon thereafter as the matter may be heard, on June 5, 2017, in Courtroom 5A at the First Street Courthouse, 350 West First Street, Los Angeles, California 90012, before U.S. District Judge Michael W. Fitzgerald, Defendant Alex Padilla, California Secretary of State (the

1

Notice of Mtn. & Mtn. for J. on Plead'gs or Summ. J. (2:16-cv-03242-MWF-GJS)

1  "Secretary"), on behalf of himself and erroneously named Co-Defendant State of
2  California, will and hereby does move under Federal Rules of Civil Procedure
3  ("FRCP") 12(c) for judgment on this case's pleadings, specifically the November 3,
4  2016, first amended complaint (Dkt. Item 30), or, alternatively, under FRCP 56 for
5  summary judgment.
6     This case should be resolved via motion because the case concerns questions
7  of law only, with no material factual disputes, about whether the U.S.
8  Constitution's Fourteenth Amendment, Due Process Clause, precludes enforcement
9  of California Elections Code section 8400 and 8403(b), as to Plaintiff Roque
10 ("Rocky") De La Fuente and any other person who may, in 2020 or later, want to
11 become an independent candidate for President of the United States and have his or
12 her name appear on a general-election ballot.
13    The motion should be granted because the challenged parts of the California
14 election statutes—particularly (1) the numbers of signatures of registered California
15 voters that would-be independent presidential candidates have to gather to obtain
16 places on general-election ballots, and (2) the time frames for gathering those
17 signatures—do not impose a severe burden on would-be independent candidates for
18 President in obtaining places on general-election ballots, and any such burden is
19 justified by California's important interests in administering fair and orderly
20 general elections, avoiding voter confusion from crowded ballots, and winnowing
21 down the candidates (usually by primary elections) so that the general election
22 features the candidates in which the electorate is most interested.
23    This motion consists of this notice of motion and motion, and the
24 accompanying memorandum of points and authorities, request for judicial notice,
25 and declaration of Amie L. Medley.
26 //
27 //
28 //

This motion is made following the conference of counsel, under Civil Local Rule 7-3, which took place on April 13, 2017, but did not resolve this matter.

Dated: May 4, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
AMIE L. MEDLEY
Deputy Attorney General

 /s/ Jonathan M. Eisenberg
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant Alex Padilla, California Secretary of State*

3

Notice of Mtn. & Mtn. for J. on Plead'gs or Summ. J. (2:16-cv-03242-MWF-GJS)