UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV-16-3242-MWF (GJS)                    **Date:** May 15, 2017
**Title:**   Roque "Rocky" De La Fuente -v- State of California and Alex Padilla

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                                Court Reporter:
Rita Sanchez                                 Not Reported

Attorneys Present for Plaintiff:             Attorneys Present for Defendant:
None Present                                 None Present

**Proceedings (In Chambers):**   ORDER RE EX PARTE APPLICATION [56]

    The Court is in receipt of Plaintiff's Ex Parte Application, filed on May 11, 2017. (Docket No. 56). Defendants filed an Opposition the following day. (Docket No. 57). The Court **GRANTS** the Application to the extent it seeks to continue the hearing date for Defendants' currently pending Motion for Judgment on the Pleadings and corresponding deadlines by 30 days, and to continue the pre-trial and trial dates by 60 days. Accordingly, Defendants' Motion will be heard on July 10, 2017. Plaintiff's Opposition will be due three weeks prior to the date on June 19, 2017.

    The Ex Parte Application is **DENIED** in all other respects.

    IT IS SO ORDERED.