SCUDI & AYERS, LLP
Morgan J.C. Scudi (SBN 147942)
Lucas I. Mundell (SBN 310367)
5440 Morehouse Drive, Suite 4400
San Diego, California 92121
Phone: (858) 558-1001
Fax: (858) 558-1122
Lucas@RDLFG.com

Attorneys for Plaintiff, *Roque "Rocky" De La Fuente*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY' DE LA FUENTE, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE, <br><br> Defendants. | **CASE NO. 2:16-CV-03242-MWF-GJS** <br><br> **DECLARATION OF ROQUE "ROCKY" DE LA FUENTE IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS/SUMMARY JUDGMENT** <br><br> Judge:Hon. Michael W. Fitzgerald <br> Ctrm: 5A <br> Hearing Date: July 24, 2017 <br> Time: 10:00 AM |

I, ROQUE "ROCKY' DE LA FUENTE, declare:

1.     I am over the age of 18, and I have personal knowledge of the facts stated in this declaration. If sworn as a witness, I could testify competently thereto. I do hereby make this declaration to be used in the above-entitled case, and being duly sworn depose and say as follows:

1

2.      I was born in 1954, in San Diego, California at Mercy Hospital. I attended Saint Catherine's Military Academy in Anaheim, California, University of San Diego, and Anáhuac University.

3.      In 1992, I was elected by the California Democratic Party as Delegate at Large (Super Delegate) to represent all of California at the New York City, Democratic Convention.

4.      I qualified for the Democratic primary ballot in 40 states and 6 territories, including California. Subsequently, the Secretary of State recognized me as 'generally advocated for or recognized throughout the United States or California as actively seeking the nomination of a major or qualified party for President' and placed me on the California Democratic primary ballot, without petition.

5.      I came in 3rd in the California Democratic primary behind Hillary Clinton and Bernie Sanders. It became evident to me, and many Americans, that the Democratic party had positioned itself specifically behind Hillary Clinton, and not behind the likes of me or Bernie Sanders.  Despite several requests, I was silenced by the Democratic Party when they failed to afford me the  the opportunity to participate in  any of the nationally televised debates, despite my nation-wide campaign.  Furthermore, I was excluded from any of the Democratic polls. I did, however, appear in the national 2016 presidential debate in Colorado and in the Democratic debate in New Hampshire.

6.      As I continued my campaign as an independent candidate in all 50 states, I was advised by my campaign committee and political strategists to evaluate my allocation of resources throughout the various states.  Understanding the importance of the electoral votes in California, I knew it would be prudent to appear on the general presidential ballot as an independent candidate.  However, faced with the burdensome and expensive requirement of 178,039 qualified petition signatures, I also understood it was a cost-prohibitive endeavor.

7.      Based upon my signature gathering efforts during my 2016 campaign and with the understanding that I would need to secure up to 200% of the required number

2

of signatures to account for rejected or disqualified signatures, I calculated that it would cost our campaign between $3-4 million dollars.

8.      After a careful consideration of the requirements in California as compared with other states , I determined that spending between $3-4 million dollars to qualify for one state's general ballot was distinctly cost prohibitive.

9.      My campaign secured (in excess of) the 55 voter/elector pledges to become a 'qualified' write-in candidate. My staff timely submitted these elector forms to the San Diego Elections Office on August 11, 2016. Although we submitted more elector forms than were required, the San Diego Election Office rejected many of the forms because of alleged address "discrepancies".   Ultimately, I estimate the cost of my efforts to qualify as an official write-in candidate in California to be in excess of $10,000.

10.      Nationwide, I campaigned and engaged in fundraising in all 50 states.

11.      Having gathered over 200,000 petition signatures nationwide, I appeared on the ballot in the general presidential election in 2016 in 20 states (Alaska, Colorado, Florida, Idaho, Iowa, Kentucky, Minnesota, Mississippi, Montana, Nevada, New Hampshire, New Jersey, New Mexico, North Dakota, Rhode Island, Tennessee, Utah, Vermont, Wisconsin, and Wyoming).

12.      In North Carolina I gathered 18,753 petition signatures to overcome the 10,000 requirement to appear on the primary ballot.

13.      Some of my major signature-gathering efforts were in New Mexico (34,804), Connecticut (21,911), Michigan (20,166), North Carolina (18,753), Oregon, (18,001), and Kentucky (11,491).

14.      I qualified as an official write-in presidential candidate in additional 8 states (Arizona, Delaware, Indiana, Maryland, Nebraska, New York, Washington, and West Virginia).

15.      Finding that many states make it substantially easier for a new party to run on the ballot than for an independent presidential candidate, I founded the American Delta Party, which appeared on the general ballot in 7 states.

3

16.   I was also nominated as the 2016 presidential candidate for the Reform Party (created by Ross Perot) for the 2016 presidential election.  I appeared on the general ballot as the Reform Party candidate.

17.   According Federal Exchange Commission that 1780 candidates registered as a candidate for president in 2016. Of those 1780, I finished 8th nationwide.

18.   My 2016 presidential campaign was predominantly self-funded.  My 2016 campaign cost in excess of $8 million dollars (a true and correct copy of my FEC campaign financial summary is attached hereto as Exhibit 1).

19.   Specifically in California, my expenditures were in excess of $500,000.

20.   Campaigning in California, I was featured in excess of 50 television and radio interviews/features.  My social media campaign website (Rocky2016.com) at it's peak, ranked #11,629 nationwide, and #45,858 of all the websites in the world.

21.   In the first quarter of this year I officially declared my intention to run for President of the United States in 2020.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: ___June / 30/___, 2017

Plaintiff, Roque "Rocky" De La Fuente

4