We've updated FEC.gov | You can still access an archive of the old FEC.gov at classic.fec.gov

START THE TOUR

Show less



This site is in beta, visit FEC.gov

An official website of the United States Government

**Federal Election Commission**
UNITED STATES —of— AMERICA

Home › Campaign finance data › Candidate profiles › DE LA FUENTE, ROQUE ROCKY

# DE LA FUENTE, ROQUE ROCKY

**CANDIDATE FOR PRESIDENT**

ID: P60016342

DEMOCRATIC PARTY

## Financial summary

**Election**

2016

**Time period**

Full cycle: 2013-2016

2013-2014

2015-2016

**Data is included from these committees:**

- ROCKY 2016 LLC

# Total raised

[ Browse receipts ]

Coverage dates: 10/01/2015 to 12/31/2016

| | |
|---|---:|
| **TOTAL RECEIPTS** | $8,075,959.73 |
| **TOTAL CONTRIBUTIONS** | $17,125.13 |
| Total individual contributions | $17,125.13 |
| *Itemized individual contributions* | *$13,156.00* |
| *Unitemized individual contributions* | *$3,969.00* |
| Party committee contributions | $0.00 |
| Other committee contributions | $0.00 |
| Presidential public funds | $0.00 |
| Candidate contributions | $0.00 |
| **TRANSFER FROM AFFILIATED COMMITTEES** | $0.00 |
| **TOTAL LOANS RECEIVED** | $8,058,834.60 |
| Loans made by candidate | $8,058,834.60 |
| Other loans | $0.00 |
| **TOTAL OFFSETS** | $0.00 |
| Offsets to operating expenditures | $0.00 |
| Fundraising offsets | $0.00 |
| Legal and accounting offsets | $0.00 |
| **OTHER RECEIPTS** | $0.00 |

## Total spent

Browse disbursements

Coverage dates: 10/01/2015 to 12/31/2016

| | |
|---|---|
| TOTAL DISBURSEMENTS | $8,074,913.65 |
| OPERATING EXPENDITURES | $4,389,015.71 |
| TRANSFERS TO AUTHORIZED COMMITTEES | $0.00 |
| FUNDRAISING | $3,258,915.33 |
| EXEMPT LEGAL AND ACCOUNTING | $426,982.61 |
| TOTAL LOAN REPAYMENTS MADE | $0.00 |
|    Candidate loan repayments | $0.00 |
|    Other loan repayments | $0.00 |
| TOTAL CONTRIBUTION REFUNDS | $0.00 |
|    Individual refunds | $0.00 |
|    Political party refunds | $0.00 |
|    Other committee refunds | $0.00 |
| OTHER DISBURSEMENTS | $0.00 |

## Cash summary

Coverage dates: 10/01/2015 to 12/31/2016

| | |
|---|---:|
| **ENDING CASH ON HAND** | $1,046.08 |
| **NET CONTRIBUTIONS** | $17,043.13 |
| Total contributions | $17,125.13 |
| (Total contribution refunds) | $0.00 |
| **NET OPERATING EXPENDITURES** | $4,339,360.36 |
| Operating expenditures | $4,389,015.71 |
| Offsets to operating expenditures | $0.00 |
| **DEBTS/LOANS OWED TO COMMITTEE** | $0.00 |
| **DEBTS/LOANS OWED BY COMMITTEE** | $8,058,834.60 |