SCUDI & AYERS, LLP
Morgan J.C. Scudi (SBN 147942)
J. Ray Ayers (SBN 217706)
Lucas I. Mundell (SBN 310367)
5440 Morehouse Drive, Suite 4400
San Diego, California 92121
Phone: (858) 558-1001
Fax: (858) 558-1122
Lucas@RDLFG.com

Attorneys for Plaintiff Roque "Rocky" De La Fuente

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY' DE LA FUENTE,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE,<br><br>               Defendants. | CASE NO. 2:16-cv-03242-MWF-GJS<br><br>**PLAINTIFF ROQUE "ROCKY" DE LA FUENTE'S OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANTS STATE OF CALIFORNIA AND ALEX PADILLA, CALIFORNIA SECRETARY OF STATE**<br><br>Date:     July 24, 2017<br>Time:    10:00 a.m.<br>Judge:  Hon. Michael W. Fitzgerald<br>Ctrm.   5A |

1

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff ROQUE "ROCKY" DE LA FUENTE, by and through his counsel of record, Scudi & Ayers, LLP, will and does hereby object to the evidence offered by DEFENDANTS STATE OF CALIFORNIA AND ALEX PADILLA, CALIFORNIA SECRETARY OF STATE in Opposition to their Motion for Summary Judgment.

**I.      OBJECTIONS TO DECLARATION OF AMIE L. MEDLEY AND DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**Objection Number 1**

Exhibit 4 to Declaration of Amie L. Medley in its entirety. The document is not properly the subject of judicial notice. Moreover, there is no foundation or authentication as to the information contained in the document, and the NASS website itself notes that its surveys are "compiled in coordination with member offices (they are not scientifically conducted)."

Moreover, the data in the Exhibit 4 is, in many cases, wrong or outdated. For example, Exhibit 4 states that Georgia requires 1% of registered voters to satisfy its petition requirements (equal to approximately 50,000 signatures in 2012.  However, the Court in *Green Party of Georgia* found this requirement to be Unconstitutional, and enjoined its enforcement. The Court reduced the petition requirement to 7,500, until the Georgia General Assembly enacts a permanent replacement measure. 171 F.Supp.3d 1340. The Court's decision was issued on March 17, 2016, and Exhibit 4 was purportedly updated in October of 2016. Yet, it fails to take this Court decision into account.

Plaintiff believes that there are additional errors or omissions in the NASS summary such that it is not properly subject to judicial notice.

2

Dated: ____June 30, 2017_____          **SCUDI & AYERS, LLP**

By: _____S/J. Ray Ayers_____
J. Ray Ayers
Morgan J.C. Scudi
Attorneys for Plaintiff Roque
"Rocky" De La Fuente

3