SCUDI & AYERS, LLP
Morgan J.C. Scudi (SBN 147942)
Lucas I. Mundell (SBN 310367)
5440 Morehouse Drive, Suite 4400
San Diego, California 92121
Phone: (858) 558-1001
Fax: (858) 558-1122
Lucas@RDLFG.com

Attorneys for Plaintiff Roque "Rocky" De La Fuente

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY' DE LA FUENTE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE,<br><br>Defendants. | **CASE NO. 2:16-cv-03242-MWF-GJS**<br><br>**APPLICATION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm. 5A<br>Date: July 24, 2017<br>Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Roque "Rocky" De La Fuente, by and through his attorneys of record, Scudi & Ayers, LLP, will and do hereby request that the Court accept Plaintiff's Opposition Brief to Defendant's Motion for Judgment on the Pleadings, or alternatively, Motion for Summary Judgment, which exceeds the page limit of Local Rule 11-6.

Plaintiffs' Opposition Brief is 35 pages in length and will be filed on June 30, 2017, along with the present Application. Plaintiff's Brief exceeds the page limit of twenty-five (25) pages contained in Local Rule 11-6.

However, Plaintiff needs to address a number of complex factual and legal issues raised by Defendant's Motion, and the number of pages in the brief were required for Mr. De La Fuente to properly oppose Defendant's motion.

Plaintiff therefore requests that the Court accept Plaintiff's Opposition Brief in excess of the page limit established by Local Rule 11-6.

Dated: June 30, 2017

Respectfully submitted,

SCUDI & AYERS, LLP

s/ Lucas I. Mundell
Morgan J.C. Scudi
Lucas I. Mundell
*Attorneys for Plaintiff, Roque "Rocky" De La Fuente*