SCUDI & AYERS, LLP
Morgan J.C. Scudi (SBN 147942)
Lucas I. Mundell (SBN 310367)
5440 Morehouse Drive, Suite 4400
San Diego, California 92121
Phone: (858) 558-1001
Fax: (858) 558-1122
Lucas@RDLFG.com

Attorneys for Plaintiff Roque "Rocky" De La Fuente

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY' DE LA FUENTE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE,<br><br>Defendants. | **CASE NO. 2:16-cv-03242-MWF-GJS**<br><br>**[PROPOSED ORDER] GRANTING APPLICATION TO EXCEED PAGE LIMIT IN PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm. 5A<br>Date: July 24, 2017<br>Time: 10:00 a.m. |

1

The Court, having considered Plaintiff's Application to Exceed Page Limit in Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings, or Alternatively, Motion for Summary Judgment, and for good cause shown, ORDERS as follows:

Plaintiff's Application is GRANTED.  Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings, or Alternatively, Motion for Summary Judgment may exceed the allowable page limit.

It is so ORDERED.

Dated: _____, 2017        _____

Honorable Michael W. Fitzgerald