UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-16-3242-MWF (GJS)               **Date:** July 5, 2017
**Title:**   Roque "Rocky" De La Fuente -*v*- State of California and Alex Padilla

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE EX PARTE APPLICATION [63-5]; TELEPHONIC STATUS CONFERENCE; PRETRIAL CONFERENCE

The Court is in receipt of Plaintiff's Ex Parte Application, filed as part of his Opposition to Defendants' Motion for Judgment on the Pleadings. (Docket No. 63-5). The Court did not receive an opposition from Defendants. The Court **GRANTS** the Application. Defendants are given permission in their Reply brief to exceed the page limits by five pages.

The Court **VACATES** the telephonic status conference set for July 6, 2017.

The Court **VACATES** the Pretrial Conference set for July 24, 2017. Following the hearing on the Motion for Judgment on the Pleadings the Court will determine an appropriate date for the Pretrial Conference.

IT IS SO ORDERED.