UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**   CV-16-3242-MWF (GJS)                **Date:**  August 14, 2017
**Title:**     Roque "Rocky" De La Fuente -*v*- State of California and Alex Padilla

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Relief Deputy Clerk: | Court Reporter: |
| Cheryl Wynn | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE DEFENDANT ALEX PADILLA'S MOTION FOR JUDGMENT ON THE PLEADINGS [49]

    Defendant Alex Padilla filed a Motion for Judgment on the Pleadings on May 4, 2017.  (Docket No. 49).  Plaintiff filed an Opposition and Defendant filed a Reply.  (Docket Nos. 63, 69).

    Defendant's Motion asks, in the alternative, that the Court convert the Motion into one for summary judgment.  Defendant's Reply requests that the Court instruct the parties regarding supplemental briefings that might be necessary if such a conversion is made.  (Reply at 2).

    The Court has reviewed the filings and has determined that allowing Defendant to file supplemental briefing is appropriate here.  Plaintiff has cited extensively the Declaration of an expert in elections and election law.  (Declaration of Richard Winger (Docket No. 63-3)).  By contrast, Defendant has not cited to a large amount of materials outside of the pleadings.  While the Court concludes that the First Amended Complaint is largely inadequate, in the interests of justice and efficiency the Court will proceed to decide this action on summary judgment.  Without doing so, the Court could not even consider Mr. Winger's Declaration.  *See Yakima Valley Memorial Hosp. v. Wash. State Dept. of Health*, 654 F.3d 919, 925 n.6 ("Judgment on the pleadings is limited to material included in the pleadings.  Otherwise, the proceeding is converted to summary judgment." (citations omitted)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-16-3242-MWF (GJS)          **Date:** August 14, 2017
**Title:**      Roque "Rocky" De La Fuente -*v*- State of California and Alex Padilla

      Due to their fact-intensive nature—and the Supreme Court's instruction to focus on a particular law's burden on a plaintiff—ballot access cases are almost always decided on cross-motions for summary judgment. *See, e.g.*, *Burdick v. Takushi*, 504 U.S. 428 (1992) (appeal of summary judgment motion in ballot access case); *Nader v. Cronin*, 620 F.3d 1214 (9th Cir. 2010) (same); *Nader v. Brewer*, 531 F.3d 1028 (9th Cir. 2008) (same). The Court will construe Plaintiff's Opposition as his own Motion for Summary Judgment. That Opposition includes extensive citations to record evidence regarding the burden on Plaintiff and the necessity of the challenged laws. In the interest of fairness, the Court will provide Defendant an opportunity to supplement his briefings with its own citations to evidence in the record. Defendant should address, *inter alia*, the law's burden on Plaintiff. After the supplemental briefing is received, the Court will hold a hearing and decide the case on summary judgment.

      Accordingly, the hearing currently scheduled for **August 21, 2017**, is **VACATED**. Defendant Alex Padilla is **ORDERED** to file supplemental briefing in the nature of a summary judgment brief no later than **August 28, 2017**. The Court will hold a hearing on **September 11, 2017 at 10:00 a.m.**

      IT IS SO ORDERED.