SCUDI & AYERS, LLP
Morgan J.C. Scudi (SBN 147942)
J. Ray Ayers (SBN 217706)
Lucas I. Mundell (SBN 310367)
San Diego, CA  92121
Phone:  858.558.1001
Fax: 858.558.1122
Lucas@RDLFG.com

IMPG Advocates, Inc.
Paul A. Rossi (PA  84947)
*Admission Pro Hac Vice*
316 Hill Street
Mountville, PA  17554
Phone:  717.961.8978
Fax:  717.898.9302
Paul-Rossi@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA & ALEX PADILLA, CALIFORNIA SECRETARY OF STATE,<br><br>Defendants | Case No.: 2:16-cv-03242-MWF<br><br>PROPOSED ORDER<br><br>JUDGE: HON. MICHAEL W. FITZGERALD<br>CTRM. 5A<br>DATE:  OCTOBER 2, 2017<br>TIME: 10:00 AM |

## **PROPOSED ORDER**

AND NOW, this _____ day of October, 2017, it is hereby ORDERED that:

1. Defendants' motion for summary judgment is Denied; and

2. The enters summary judgment on Plaintiff's facial constitutional challenge to Sections 8400 and 8403 of the California Election Code. Accordingly, it is FURTHER ORDERED that Defendants are permanently enjoined from enforcing Sections 8400 and 8403 of the California Election Code against Plaintiff and independent candidates for the Offices of President and Vice-President of the United States of America.  IT IS FURTHER ORDERED that Defendants shall place the name of any independent candidate for President and Vice-President of the United States on California's general election ballot upon the filing of election petitions containing the number of valid signatures of registered voters that state-wide candidates are required to file in lieu of paying a filing fee to the State of California.

BY THE COURT:

Hon. Michael W. Fitzgerald, USDJ

PROPOSED ORDERJUDGE: HON. MICHAEL W. FITZGERALDCTRM. 5ADATE:  OCTOBER 2, 2017TIME: 10:00 AM - 2

# CERTIFICATE OF SERVICE

Plaintiff, by and through his undersigned legal counsel, hereby certifies that on this date, a true and correct copy of the foregoing document has been electronically filed on opposing counsel via the Court's CM/ECF system.

Dated:  September 25, 2017

/s/ *Paul A. Rossi*
Paul A. Rossi, Esq.
IMPG Advocates, Inc.
316 Hill Street
Mountville, PA  17554
Paul-Rossi@comcast.net
Phone:  717.961.8978
Fax:  717.898.9302