```
 1  SCUDI & AYERS, LLP
    Morgan J.C. Scudi (#147942)
 2  J. Ray Ayers (#217706)
    Lucas I. Mundell (#310367)
 3  5440 Morehouse Drive, Suite 4400
    San Diego, CA 92121
 4  Ph: (858) 558-1001
    Fx: (858) 558-1122
 5
    IMPG Advocates, Inc.
 6  Paul A. Rossi (PA 84947)
    Admission Pro Hac Vice
 7  316 Hill Street
    Mountville, PA 17554
 8  Ph: (717) 961-8978
    Fx: (717) 898-9302
 9
10  Attorneys for Plaintiff,
    Rocky "Roque" De La Fuente
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ROQUE "ROCKY" DE LA FUENTE, | CASE NO. 2:16-cv-03242-MWF-GJS |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| STATE OF CALIFORNIA, and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE, | Judge: Hon. Michael W. Fitzgerald |
| Defendants. | Crtrm: 5A |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Roque "Rocky" De La Fuente hereby appeals to the United States Court of Appeals for the Ninth Circuit from the October 4, 2017 Order (Docket No. 82) issued by this Court regarding Defendants' Motion for Judgment on the Pleadings or, Alternatively, Summary Judgment which resulted in the dismissal of this action. A copy of said judgment is attached hereto.

SCUDI & AYERS, LLP

Dated: October 11, 2017

By: _____
Morgan J.C. Scudi
J. Ray Ayers
Lucas I. Mundell
Attorneys for Petitioner
*Rocky "Roque" De La Fuente*