SCUDI & AYERS, LLP
Morgan J.C. Scudi (#147942)
J. Ray Ayers (#217706)
Lucas I. Mundell (#310367)
5440 Morehouse Drive, Suite 4400
San Diego, CA 92121
Ph: (858) 558-1001
Fx: (858) 558-1122

IMPG Advocates, Inc.
Paul A. Rossi (PA 84947)
Admission Pro Hac Vice
316 Hill Street
Mountville, PA 17554
Ph: (717) 961-8978
Fx: (717) 898-9302

Attorneys for Plaintiff,
*Rocky "Roque" De La Fuente*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and ALEX PADILLA, CALIFORNIA SECRETARY OF STATE,<br><br>Defendants. | **CASE NO. 2:16-cv-03242-MWF-GJS**<br><br>**REPRESENTATION STATEMENT** (NINTH CIRCUIT RULE 3-2)<br><br>Judge:  Hon. Michael W. Fitzgerald<br>Crtrm:  5A |

NOTICE OF APPEAL

1    Pursuant to Federal Rules of Appellate Procedure 12(b) and Ninth Circuit Rule 3-

2    2, the following Representation Statement is attached to Plaintiff's Notice of Appeal.

3    Defendants' attorneys' information is provided solely as reference to the underlying

4    matter, and not as an assertion of their representation on appeal.

5    **Attorneys for Plaintiff *Rocky "Roque" De La Fuente*:**

6    SCUDI & AYERS, LLP
     Morgan J.C. Scudi (#147942)
7    J. Ray Ayers (#217706)
     Lucas I. Mundell (#310367)
8    5440 Morehouse Drive, Suite 4400
     San Diego, CA 92121
9    Ph: (858) 558-1001
     Fax: (858) 558-1122
10   Lucas@RDLFG.com

11   IMPG Advocates, Inc.
     Paul A. Rossi (PA 84947)
12   Admission Pro Hac Vice
     316 Hill Street
13   Mountville, PA 17554
     Ph: (717) 961-8978
14   Fax: (717) 898-9302
     Paul-Rossi@comcast.net

15
     **Attorneys forDefendants, State of California and Alex Padilla, California Seretary**
16   **of State:**

17   Jonathan Eisenberg
     Deputy Attorney General
18   300 S. Spring Street, Suite 1702
     Los Angeles, CA 90013
19   Ph: 213.897.6505
     Fax: 213.897.5775
20   jonathan.eisenberg@doj.ca.gov

21   Amie L. Medley
     California Department of Justice
22   Government Law Section
     300 S. Spring Street, Suite 1702
23   Los Angeles, CA 90013
     Phone: (213) 897-2000
24   Email: amie.medley@doj.ca.gov

25
                              SCUDI & AYERS, LLP
26   Dated: October 11, 2017

                              By: _____
27                                 Morgan J.C. Scudi
                                   J. Ray Ayers
28                                 Lucas I. Mundell
                                   Attorneys for Plaintiff *De La Fuente*