UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td>

**FILED**

AUG 12 2019

<small>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</small>

</td></tr>
</table>

| | |
|---|---|
| ROQUE DE LA FUENTE, AKA Rocky,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>ALEX PADILLA, California Secretary of State and STATE OF CALIFORNIA,<br><br>        Defendants - Appellees. | No. 17-56668<br><br>D.C. No. 2:16-cv-03242-MWF-GJS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 19, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7